UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEVIN MCCULLERS, | : |
|     Plaintiff, | : |
| | : |
| v. | :   No. 5:15-cv-3732 |
| | : |
| LEHIGH COUNTY, | : |
| CITY OF ALLENTOWN, | : |
| HOWARD W. ALTEMOS, JR., | : |
| CARLOS ROBERTO BERNARDI, | : |
| FRED J. CONTINO, and | : |
| JOHN DOES, 1 THROUGH 10, | : |
|     Defendants. | : |

# O R D E R

**AND NOW,** this 11th day of July, 2018, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT**:

    1.    Defendant Contino's Motion to Dismiss, ECF No. 82, and Supplemental Motion to Dismiss, ECF No. 86, are **GRANTED**. All of Plaintiff's claims against Contino are **DISMISSED**. Contino is **TERMINATED** as a Defendant in this action.

    2.    Defendant Altemos's Motion to Dismiss, ECF No. 83, is **GRANTED in part and DENIED in part** as follows:

        A.    Plaintiff's equal protection/race discrimination claim against Altemos is **DISMISSED**.

        B.    Any references to Altemos in paragraphs 42 and 66 of the Second Amended Complaint, ECF No. 79, are **STRICKEN**.

        C.    The motion is **DENIED** in all other respects.

3. Defendant Bernardi's Motion to Dismiss, ECF No. 84, is **WITHDRAWN**. *See* ECF No. 106 (Praecipe to Withdraw).

4. Defendant Contino's Motion to Dismiss Lehigh County's Crossclaims, ECF No. 91, is **GRANTED**. Contino is **TERMINATED** as a Cross Defendant in this action.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge