IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Kevin McCullers, | : | No. 15-cv-03732-JFL |
| Plaintiff, | : | |
| v. | : | Honorable Joseph F. Leeson, J. |
| Commonwealth of Pennsylvania, et al., | : | |
| Defendants. | : | |

Order

AND NOW, this 17th day of July, 2018, upon consideration of the foregoing Stipulation, it is hereby ORDERED and DECREED that the Stipulation is APPROVED as an Order of this Court. All claims against the City of Allentown are hereby WITHDRAWN without prejudice. The City of Allentown's Motion for Sanctions (Docket Item No. 95) is hereby WITHDRAWN. Plaintiff and the City of Allentown shall bear their own costs with regard to all claims among and between them.

BY THE COURT:

_____
Hon. Joseph F. Leeson, Jr., J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Kevin McCullers, | : | |
| | : | No. 15-cv-03732-JFL |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | Honorable Joseph F. Leeson, J. |
| | : | |
| Commonwealth of Pennsylvania, *et al.*, | : | |
| | : | |
| Defendants. | : | |

### Stipulation of Withdrawal

*AND NOW*, come Plaintiff, Kevin McCullers (hereinafter "Plaintiff"), and Defendant, City of Allentown (hereinafter "Defendant"), by and through their undersigned counsel, and stipulate as follow, pending approval of the Court:

*WHEREFORE*, Plaintiff initiated this action on July 6, 2015, alleging claims against, *inter alia*, Defendant; and

*WHEREFORE*, on December 1, 2017, Plaintiff filed a Second Amended Complaint; and

*WHEREFORE*, on December 5, 2017, Defendant filed an Answer to the Second Amended Complaint denying any liability to Plaintiff; and

*WHEREFORE*, the Defendant did not file a cross-claim against any other party; and

*WHEREFORE*, no other party has filed a cross-claim against Defendant; and

*WHEREFORE*, on April 3, 2018, Defendant filed a Motion for Sanctions against Plaintiff; and

*WHEREFORE*, on April 12, 2018, Plaintiff filed a response to the Motion for Sanctions denying any liability to the City of Allentown; and

*WHEREFORE*, Plaintiff and Defendant seek to resolve all issues among and between them amicably:

It is hereby agreed upon and stipulated that:

1. All claims against the City of Allentown, as set forth in the Second Amended Complaint (Docket Item 79) are hereby *WITHDRAWN* without prejudice;

2. The City of Allentown is *DISMISSED* as a party to this lawsuit;

3. The Motion for Sanctions filed by the City of Allentown (Docket Item No. 95) is hereby *WITHDRAWN*;

4. In the event that Plaintiff refiles any claim against the City of Allentown arising out of the facts and circumstances set forth in the Second Amended Complaint, the Motion for Sanctions shall be filed *nunc pro tunc*; and

5. Plaintiff and Defendant agree to pay their own costs with regard to the claims among and between them.

Respectfully submitted,

DEASEY, MAHONEY & VALENTINI, LTD.

Rufus A. Jennings, Esquire
Pa. Attorney Identification No. 93030
1601 Market Street, Suite 3400
Philadelphia, PA 19103
Phone: (215) 587-9400
Fax:   (215) 587-9456
Email: rjennings@dmvlawfirm.com

Attorney for Defendant
City of Allentown
Date: 7/17/18

FINE & STAUD, LLP

David R. Musitief, Esquire
Pa. Identification No. 202768
1333 Race Street
Philadelphia, PA 19107
Phone: (215) 665-0100
Fax:   (215) 665-1393
Email: fmusitief@fineandstaud.com

Attorney for Plaintiff
Kevin McCullers
Date: 7-17-18

2