IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEVIN MCCULLERS, | : |
| Plaintiff, | : |
| v. | : DOCKET NO. 15-03732 |
| COMMONWEALTH OF PENNSYLVANIA, LEHIGH COUNTY, CITY OF ALLENTOWN, LEHIGH COUNTY CONSTABLES, HOWARD W. ALTEMOS, JR., CARLOS ROBERTO BERNARDI, AND FRED J. CONTINO, | : |
| Defendants. | : |

## STIPULATION OF VOLUNTARY DISMISSAL

The undersigned parties, by and through their undersigned counsel, hereby stipulate and agree pursuant to Fed. R. Civ. P. 41(a)(1)(ii) that Plaintiff's Second Amended Complaint (Doc No. 79) is hereby voluntarily dismissed without prejudice in its entirety as against Defendant, Lehigh County.

Each party to bear its own cost.

_____
Feeda R. Musitief
Fine and Staud LLC
1333 Race Street
Philadelphia, PA 19107
*Attorney for Plaintiff*

Respectfully submitted,

_____
David J. MacMain, Esquire
The MacMain Law Group, LLC
101 Lindenwood Drive, Suite 160
Malvern, PA 19355
*Attorney for Defendant, Lehigh County*

**IT IS SO ORDERED** this __19th__ day of July, 2018.

_____
The Honorable Joseph F. Leeson, Jr.
United States District Court Judge