UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEVIN MCCULLERS, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | 5:15-cv-3732 |
| | : | |
| CARLOS ROBERTO BERNARDI, et al., | : | |
| Defendants. | : | |

# **O R D E R**

**AND NOW**, this **16th day of August, 2018**, it having been reported that the parties have settled

the above-captioned action, pursuant to Rule 41.1(b) of the Local Rules of Civil Procedure of this Court,

it is hereby **ORDERED** that this action is **DISMISSED WITH PREJUDICE**, pursuant to agreement of

counsel, without costs.  Pursuant to Rule 41.1(b), the Court will retain jurisdiction for ninety (90) days

from the above date, for the purpose of enforcing the agreement.


KATE BARKMAN, Clerk of Court


By:/s/ Diane J. Abeles_____
   Diane J. Abeles, Civil Deputy Clerk
   The Honorable Joseph F. Leeson, Jr.
   Diane_J_Abeles@paed.uscourts.gov